AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED
MAR - 4 2019
David J. Bradley, Clerk

# United States District Court

__SOUTHERN__ __DISTRICT OF__ __TEXAS__

UNITED STATES OF AMERICA

V.

Pedro MARTINEZ-Reyes, YOB: 1979, MXC
Miguel Angel AYALA-Lavino, YOB: 1993, MXC
Alberto CASANOVA-Hernandez, YOB: 1998, MXC

## CRIMINAL COMPLAINT

CASE NUMBER: _M-19-0514-M_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____March 03, 2019____ in ____Starr____ county, in the ____Southern____ District of ____Texas____ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 108.0 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 108.0 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title ____21____ United States Code, Section(s) ____846, 841 (a) (1)____

I further state that I am a(n) ____DEA Task Force Officer____ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes    No

Approved AUSA LAURA GARCIA

_____
Signature of Complainant
Carlos Mireles, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

____March 4, 2019____          At    McAllen, Texas
Date                                    City and State
              2:16 pm

Peter E. Ormsby, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

# Attachment A

On March 3, 2019, at approximately 11:10 p.m., a United States Border Patrol (USBP) Agent, from the Rio Grande Border Patrol Section, was conducting line watch operations near La Grulla, Texas, in an area known as "Valley Onions." This area is notorious for alien and narcotics trafficking. As the USBP Agent was scanning an area known as "the ditch" with his night vision goggles, he observed four subjects carrying large bundles on their backs. The four subjects were observed traveling north in that same "ditch" that originates near the Rio Grande River.

Once other USBP Agents were near the location, the USBP Agent made his way to where the four subjects were and identified himself as a Border Patrol Agent. All four subjects then dropped the bundle they were carrying and laid down next to the bundles without absconding. The four subjects were identified as Miguel Angel AYALA-Lavino, Alberto CASANOVA-Hernandez, Pedro MARTINEZ-Reyes and a JUVENILE.

AYALA-Lavino, CASANOVA-Hernandez, MARTINEZ-Reyes and the JUVENILE were all transported to the McAllen Border Patrol Station for processing, along with the four (4) bundles of suspected marijuana. Once at the Border Patrol Station, the contents of the bundles were tested using the 908 Duquenois-Levine Reagent test kit and the results were positive for marijuana. The total weight of the four bundles was approximately 107.75 kilograms.

On March 4, 2019, at approximately 3:00 am, Task Force Agents from the McAllen DEA Office arrived at the McAllen Border Patrol Station and made contact with the three adults that were arrested with the bundles of marijuana. AYALA-Lavino, CASANOVA Hernandez and MARTINEZ-Reyes were all read their Miranda Warnings and they all waived their rights. CASANOVA-Hernandez informed the Agents that he was going to get paid $400.00 USC to transport the marijuana into the United States. CASANOVA-Hernandez informed the Agents that AYALA-Lavino, MARTINEZ-Reyes and the JUVENILE were each carrying a bundle of marijuana into the United States.

MARTINEZ-Reyes claimed that he was not carrying a bundle of marijuana and was only crossing illegally into the United States.

AYALA-Lavino stated he did not carry a bundle of marijuana and was just crossing into the United States to reunite with his family. The statements made by MARTINEZ-Reyes and AYALA-Lavino contradict the observations of the USBP Agents. USBP Agents also reported that no other individuals were observed in the area were they arrested AYALA-Lavino, CASANOVA-Hernandez, MARTINEZ-Reyes and the JUVENILE.